IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRELL NEWMAN,<br><br>         Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>         Respondent. | **8:22CV22**<br><br>**ORDER** |

      This matter is before the court on Respondent's Motion for Extension of Time. (Filing 13.) Respondent seeks an extension of 30 days' time after Petitioner files an amended habeas petition to file Respondent's answer and brief. Counsel for Respondent states that she contacted Petitioner's counsel, Jim McGough, and Mr. McGough indicated that he intends to seek leave to amend Petitioner's habeas petition and has no objection to Respondent's request for an extension. Accordingly,

      IT IS ORDERED that:

      1.    Respondent's Motion for Extension of Time (filing 13) is granted. Respondent shall have 30 days after Petitioner files his anticipated amended habeas petition to file and serve an answer and brief.

      2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 25, 2022**: check for motion to amend and status of case progression.

Dated this 23rd day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2