IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRELL NEWMAN,<br><br>               Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>               Respondent. | **8:22CV22**<br><br>**ORDER** |

      This matter is before the court for case management. On June 23, 2022, the court entered an order granting Respondent an extension of time to file an answer and brief 30 days after Petitioner files his anticipated amended habeas petition. (Filing 14.) Counsel for Petitioner indicated to counsel for Respondent that he intended to seek leave to amend Petitioner's habeas petition and had no objection to the extension. (*See Id.*; Filing 13.) To date, counsel for Petitioner has not filed a motion to amend the petition or taken any other action in this matter.

      IT IS THEREFORE ORDERED that:

      1. Counsel for Petitioner and Respondent shall advise the court by **August 3, 2022**, regarding the status of this case and whether and when a motion to amend the habeas petition will be filed.

      2. If counsel for Petitioner does not intend to seek leave to amend the habeas petition, then he shall so advise the court and the court will enter an order re-progressing this matter.

      3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **August 3, 2022**: check for response regarding case status.

2

Dated this 27th day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge