IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TERRELL NEWMAN,

          Petitioner,

vs.

SCOTT R. FRAKES,

          Respondent.

8:22CV22

**ORDER**

This matter is before the court on Respondent's Motion to Substitute Appropriate Respondent (filing 22) and Petitioner's Motion for Extension of Time to File Brief in Response (filing 23). Upon careful consideration,

IT IS ORDERED that:

1. Respondent's Motion to Substitute Appropriate Respondent (filing 22) is granted. The clerk's office is directed to update the court's records to reflect that Diane Sabatka-Rine is the sole proper respondent in this action.

2. Petitioner's Motion for Extension of Time (filing 23) is granted. Petitioner shall have until November 18, 2022, to file and serve his brief in response to Respondent's answer.

3. The clerk's office is directed to set a pro se case management deadline using the following text: **November 18, 2022**: check for Petitioner's brief.

Dated this 19th day of October, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge