IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TERRELL NEWMAN,

                              Petitioner,

          vs.

ROB JEFFREYS,

                              Respondent.

8:22CV22

**MEMORANDUM AND ORDER**

This matter is before the Court on Respondent's Motion for Extension of Time. Filing No. 76. Respondent requests an extension of time until 30 days after this Court rules on Petitioner's pending Motion to Stay, Filing No. 73, to file and serve his amended answer and supporting brief addressing Petitioner's claims in his Third Petition, Filing No. 61. Respondent filed a Brief in Opposition, Filing No. 74, and a supporting Index of Evidence, Filing No. 75, in response to Petitioner's Motion to Stay. Upon consideration,

 IT IS ORDERED that:

1.      Respondent's Motion for Extension of Time, Filing No. 76, is granted. Respondent shall have 30 days after the Court rules on Petitioner's Motion to Stay to file and serve his amended answer and supporting brief.

2.      Petitioner shall have until **February 9, 2026**, to file and serve a brief in response to Respondent's Brief in Opposition to the Motion to Stay.

3.      The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 9, 2026**: deadline for Petitioner's reply brief regarding Motion to Stay.

Dated this 26th day of January, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge