IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRELL NEWMAN,<br><br>Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>Respondent. | **8:22CV22**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Petitioner's Motion to Oppose Respondent's Extension Request, Filing No. 89, in which Petitioner asks the Court to deny Respondent's request for an extension filed on August 17, 2026, Filing No. 87, and which the Court granted the same day, Filing No. 88 (text order). The Court may extend the time within which an act must be done for good cause "if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Fed. R. Civ. P. 81(a)(4) (Federal Rules of Civil Procedure apply to habeas corpus proceedings). Respondent moved for a seven-day extension prior to the expiration of the August 17, 2026, deadline to file his amended answer and brief, and the Court determined Respondent had demonstrated good cause for the extension request and granted it. Respondent timely filed his amended answer and brief on August 24, 2026. Filing No. 90; Filing No. 91. Accordingly,

IT IS ORDERED that:

1. Petitioner's Motion to Oppose Respondent's Extension Request, Filing No. 89, is denied as moot.

2. Petitioner has until **September 23, 2026**, to file and serve his brief in response to Respondent's amended answer and brief in accordance with the Court's prior progression order, *see* Filing No. 86.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 23, 2026**: check for Petitioner's brief.

Dated this 25th day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge