IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TERRELL NEWMAN,

Petitioner,

vs.

ROB JEFFREYS,

Respondent.

**8:22CV22**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's motion for extension of time, Filing No. 93, as well as his objection, Filing No. 94, and motions to inform, Filing No. 95; Filing No. 96; Filing No. 97; Filing No. 98, all of which essentially contain or reference various versions of Petitioner's brief in response to Respondent's amended answer and brief. As explained below, the Court will grant Petitioner's motion for an extension and his most recently filed motion to inform, but will deny his objection and other motions to inform as moot.

On September 21, 2026, Petitioner filed his motion for extension seeking to extend his September 23, 2026, deadline for filing his brief by 14 days. Filing No. 93. Prior to the Court ruling on his extension request, Petitioner filed the first version of his brief in response which he labeled as an "objection/reply," and which the Court docketed as a motion. Filing No. 94. On September 29, 2026, Petitioner then filed three motions to inform, dated September 22, September 23, and September 24, which all attached updated versions of Petitioner's brief in response and sought to replace the previous versions of his brief. Filing No. 95; Filing No. 96; Filing No. 97. On October 5, 2026, Petitioner filed a fourth motion to inform, Filing No. 98, and a handwritten reply brief,

Filing No. 99, and asked the Court to accept this latest version of Petitioner's brief "as the Petitioner's final Reply to the Respondent's Reply/Answer and Brief (Filing No. 91)." Filing No. 98.

Upon consideration, the Court will grant Petitioner's motion for extension, Filing No. 93, and extend the deadline for the filing of Petitioner's brief to October 5, 2026, to coincide with the date Petitioner filed the final version of his brief in response. The Court also will grant Petitioner's fourth motion to inform filed on October 5, 2026, Filing No. 98, and will consider Petitioner's brief dated September 29, 2026, and filed on October 5, 2026, Filing No. 99, as Petitioner's operative brief. The remainder of Petitioner's pending motions will be denied as moot.

IT IS THEREFORE ORDERED that:

1. Petitioner's motion for extension of time, Filing No. 93, is granted to the extent Petitioner's brief deadline is extended to October 5, 2026, to coincide with the filing of his brief, Filing No. 99, on that date.

2. Petitioner's motion to inform, Filing No. 98, is granted. The Court will consider the brief filed on October 5, 2026, Filing No. 99, as Petitioner's operative brief.

3. Petitioner's other pending motions, Filing No. 94; Filing No. 95; Filing No. 96; Filing No. 97, are denied as moot.

4. Because Respondent filed his reply brief to Petitioner's operative brief on October 6, 2026, *see* Filing No. 100, Petitioner is advised that briefing is complete, this matter is fully submitted for decision, and the Court will issue a ruling on Petitioner's habeas petition in due course.

Dated this 13th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge